

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00466-CV

_____

IN RE MARK WASHINGTON, Relator

---

Original Proceeding
Criminal District Court No. 2 of Tarrant County, Texas
Trial Court No. 1595479

---

Before Sudderth, C.J.; Kerr and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of habeas corpus and is of the opinion that the petition should be dismissed for want of jurisdiction. Accordingly, relator's petition for writ of habeas corpus is dismissed for want of jurisdiction.

Per Curiam

Delivered: October 21, 2024